IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James H. Lawson, Jr., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00533 |
| v. | : | Judge Smith |
| Jessica McQuate, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff James H. Lawson, Jr., a state prisoner, brings this action alleging that defendants have denied him medical care.  This matter is before the Court on Magistrate Judge Abel's July 9, 2012 Initial Screening Report and Recommendation recommending that the complaint be dismissed as to defendants Charles Jenkins, Beth Higginbothum, Alice Ault, Corby Free, Dr. Gary Artrip, Dr. Larry Houts, Terry Harris, and Mona Parks for failure to state a claim against them under 42 U.S.C. §1983. The Magistrate Judge recommended that lawsuit continue as to plaintiff's claims against defendants Jessica McQuate and Dino Cardaras. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** defendants Charles Jenkins, Beth Higginbothum, Alice Ault, Corby Free, Dr. Gary Artrip, Dr. Larry Houts, Terry Harris, and Mona Parks for failure to state a claim against them under 42 U.S.C. §1983.

The lawsuit shall continue as to plaintiff's claims against defendants Jessica McQuate and Dino Cardaras.

    /S/ George C. Smith
George C. Smith
United States District Judge