# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JAMES HAROLD LAWSON, JR.,**

      Plaintiff,

vs.                                                     Case No.: 2:12-cv-533
                                                              JUDGE SMITH
                                                              Magistrate Judge Abel

**JESSICA McQUATE**, *et al.*,

      Defendants.

## ORDER

On February 18, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants Jessica McQuate and Dino Cardaras' November 13, 2013 Motion for Summary Judgment (doc. 50) be **GRANTED**. (*See Report and Recommendation*, Doc. 55). The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff Lawson's Objections to the *Report and Recommendation*. (*See* Doc. 58). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections present the issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff asserts that the record establishes a "wanton denial of proper medical care." However, Plaintiff has failed to provide sufficient medical documentation. For the reasons stated in the *Report and Recommendation*, this Court finds that the objections are without merit.

The *Report and Recommendation,* Document 55, is **ADOPTED** and **AFFIRMED.**

Defendants Jessica McQuate and Dino Cardaras' November 13, 2013 Motion for Summary Judgment (doc. 50) is hereby **GRANTED**.

The only remaining defendants in this action are John and Jane Doe. The Court hereby dismisses the claims against those defendants without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk shall remove Document 55 from the Court's pending motions list and shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

2